[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10517

Non-Argument Calendar

_____

JOZADAQUE RODRIGUES DA SILVA,
SIMONE LOPES RODRIGUES DA SILVA,
JULIA RHAYALLA LOPES RODRIGUES DA SILVA,
RHARYSSON PABLO LOPES RODRIGUES DA SILVA,

Petitioners,

*versus*

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A098-713-850

_____

Before JILL PRYOR, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

Petitioners Jozadaque Rodrigues Da Silva and Simone Lopes Rodrigues Da Silva, proceeding *pro se* and on behalf of their minor children, seek review of the Board of Immigration Appeals' December 8, 2023 decision. That decision dismissed their appeal from the immigration judge's order denying their applications for asylum, withholding of removal, and relief under the United Nations Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment.

The statutory time limit required petitioners to file a petition for review on or before January 8, 2024, which was the first business day following 30 days after the December 8, 2023 decision. *See* INA § 242(b)(1), 8 U.S.C. § 1252(b)(1); Fed. R. App. P. 15(a)(1), 26(a)(1)(C); *Chao Lin v. U.S. Att'y Gen.*, 677 F.3d 1043, 1045-46 (11th Cir. 2012) (noting that the statutory time limit is mandatory, jurisdictional, and not subject to equitable tolling). However, Petitioners did not file their petition until February 21, 2024. We therefore lack jurisdiction to review it.

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. All pending motions are DENIED as moot. No

24-10517                Opinion of the Court                3

petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.